```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF MISSISSIPPI
                   JACKSON DIVISION
```

PHILLIP KING                                          PLAINTIFF

VS.                              CIVIL ACTION NO. 3:07CV16TSL-JCS

HIGHMARK LIFE INSURANCE
COMPANY, F/K/A TRANS-GENERAL
LIFE INSURANCE CO., AND HOOD
INDUSTRIES                                           DEFENDANTS

## ORDER

This cause is before the court on the motion of defendant Highmark Life Insurance Company f/k/a Trans-General Life Insurance Company for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Plaintiff Phillip King has responded to the motion and the court, having considered the memoranda of authorities, together with attachments, submitted by the parties, concludes that the defendant's motion should be denied.

Accordingly, it is ordered that defendant's motion for summary judgment is denied.

SO ORDERED this 25th day of January, 2008.

                                    /s/ Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE